**DUANE MORRIS**

*FIRM and AFFILIATE OFFICES*

PHILADELPHIA
NEW YORK
LONDON
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
BOSTON
ATLANTA
MIAMI
WILMINGTON
HARRISBURG
MALVERN
CHERRY HILL
NEWARK
WESTCHESTER
PRINCETON
PALM BEACH
ALLENTOWN
HOUSTON
BANGOR

ROBERT A. QUIGLEY
DIRECT DIAL: 717.237.5549
E-MAIL: raquigley@duanemorris.com

www.duanemorris.com

February 26, 2002

FILED HARRISBURG, PA FEB 27 2002 MARY E. D'ANDREA, CLERK Per ___ Deputy Clerk

**via Hand Delivery**

Hon. William W. Caldwell
U S District Court for the
Middle District of Pennsylvania
Federal Building
Harrisburg, PA 17108

Re:   **Express Services, Inc. v. Pamela F. Hill, et al.**
      Civil Action Number: 1:CV-00-0556

Dear Judge Caldwell:

Please accept this correspondence in response to an inquiry from your chambers concerning the unsealing of documents filed on behalf of Plaintiff Express Services in the above-referenced matter. As you know, this matter has been settled and an appropriate Order entered.

We have been in contact with counsel for the other involved parties in this matter and all counsel is in concurrence that we will retrieve the sealed documents, review them and either destroy them or return them to the producing parties. Attached is a proposed Order permitting Express Services to remove the sealed documents from the Court file.

Please do not hesitate to contact me if you have questions regarding this letter or the proposal to remove the sealed documents.

Respectfully,

*Robert A. Quigley*

Robert A. Quigley

RAQ:rmf
HBG\93203.1
cc:   Reid Robison, Esquire
      John D. Stiner, Esquire

---

DUANE MORRIS LLP

305 NORTH FRONT STREET, 5TH FLOOR, P.O. BOX 1003   HARRISBURG, PA 17108-1003          PHONE: 717.237.5500   FAX: 717.232.4015

## CERTIFICATE OF SERVICE

On this 26th day of February, 2002, I, Ruth M. Forsythe, a secretary in the law offices of Duane Morris LLP, hereby certify that I have served this day true and correct copies of the foregoing February 26, 2002 Letter to Judge Caldwell in the above-captioned matter, by depositing same in the United States First Class Mail, postage prepaid, in Harrisburg, Pennsylvania, to those persons and addresses indicated below:

Thomas H. Dinkelacker, Esq.
DIMMICH, GULDIN, DINKELACKER & BRIENZA, P.C.
2970 Corporate Court, Suite 1
Orefield, PA 18069

Helen L. Gemmill, Esq.
McNees, Wallace & Nurick
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166

Wallace B. Eldridge, III, Esq.
101 N. Cedar Crest Blvd.
Allentown, PA 18104-4602

_Ruth M. Forsythe_
Ruth M. Forsythe