IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EXPRESS SERVICES, INC.,
    Plaintiff

vs.

PAMELA F. HILL,
PAMELA F. HILL, INC. d/b/a
SIGNATURE STAFFING,
STEVEN FENSTERMACHER,
BES, INC. d/b/a BUSINESS
STAFFING & EMPLOYMENT SERVICES,
LORELEI FENSTERMACHER,
    Defendants

CIVIL ACTION NO. 1:CV-00-0556

FILED
HARRISBURG, PA
FEB 27 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

AND NOW, this 27th day of February, 2002, upon consideration Plaintiff Express Services, Inc.'s February 26, 2002, letter and the representation of concurrence of all counsel therein, it is ordered that Plaintiff is permitted to remove the sealed documents from the court file for final disposition. Plaintiff shall coordinate with the Clerk's office and effect removal of the confidential documents within thirty days of the date of this order.

William W. Caldwell
United States District Judge

AO 72A
(Rev.8/82)