February 27, 2002

Robert A. Quigley, Esquire
Duane, Morris & Heckscher, LLP
PO Box 1003
305 North Front Street
Harrisburg, PA   17108-1003

RE:   Express Services, Inc. V. Pamela Hill, et al.
      District Court No. 1:CV-00-556

Dear Mr. Quigley,

The enclosed documents were filed with our court under seal. Pursuant to Court Order dated February 27, 2002, documents 69 through 84 should be returned to you for final disposition.

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to our office at:

> 228 Walnut Street
> Harrisburg, PA   17108
> ATTN: Shawna L. Cihak

Thank you,

Shawna L. Cihak
Deputy Clerk, U.S. District Court